IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 11-00042-01-CR-W-HFS |
| MICHAEL D. RAMSEY, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On September 21, 2011, defendant moved for judicial determination of mental competency. Defendant was examined by David Morrow, Ph.D., a Forensic Psychologist, who prepared a report dated November 15, 2011.

On December 1, 2011, I held a competency hearing. Defendant was present, represented by Assistant Federal Public Defender Steve Moss. The government was represented by Assistant United States Attorney Christina Tabor. The parties stipulated to the contents and findings of Dr. Morrow as the only evidence of whether the defendant is competent to stand trial and to assist in his defense (Tr. at 2-3).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding

---

[1] "Tr". refers to the transcript of the competency hearing.

defendant competent to stand trial and to assist in his defense.

The parties waived the 14-day objection period (Tr. at 3); therefore, it is

ORDERED that any objections to the Report and Recommendation shall be filed by December 8, 2011.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
December 7, 2011

2

Case 4:11-cr-00042-HFS   Document 29   Filed 12/07/11   Page 2 of 2