IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
            Plaintiff,            )
                                  )
      v.                          )      Case No. 11-00042-01-CR-W-HFS
                                  )
MICHAEL D. RAMSEY                 )
                                  )
            Defendant.            )


**ORDER**


On December 7, 2011, a Report and Recommendation was made that defendant should be

found competent to stand trial and assist in his defense. I have reviewed the hearing transcript and

a forensic evaluation. Based on the record I ADOPT the report and recommendation and FIND that

defendant is competent to assist counsel and to participate in the pending legal proceedings.


SO ORDERED.

                              /s/ Howard F. Sachs
                              HOWARD F. SACHS
                              UNITED STATES DISTRICT JUDGE

January  13 , 2011

Kansas City, Missouri